# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (THE HON. RUTH BERMUDEZ MONTENEGRO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br>v.<br><br>SERGIO ANGULO,<br>             Defendant | Case No.: 22cr1011-RBM<br><br><br>ORDER |

**Upon Good Cause Shown,**

**It is ORDERED** that the Sentencing Hearing date in this case be continued from October 28, 2022, at 9:00 a.m. to December 2, 2022, at 9:00 a.m.

**It is also ORDERED** that Mr. Angulo file a signed acknowledgment of this new date within 10 days of the signing of this order.

**Dated:** October 06, 2022

The Hon. Ruth Bermudez Montenegro
United States District Court Judge

22cr1011-RBM